## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers,
    Plaintiff

v.                                                Case No. 08-cv-417-SM

N.H. State Prison, Warden, et al.,
    Defendants

### O R D E R

The plaintiff has failed to pay the necessary filing fee as directed by court order dated April 8, 2009. The plaintiff was notified that the failure to comply with the court's order would result in the matter being referred to a judicial officer to enter an order of dismissal without prejudice. Due to plaintiff's non-compliance with the court's order, the case is dismissed without prejudice pursuant to LR 4.4.

    So ordered.

Date: May 19, 2009

                                                         Steven J. McAuliffe
                                                         Chief Judge

cc:     Randolph L. Chambers
        Bonnie Reed, Financial Administrator
        Tia Maria Hooper, Deputy Clerk
        Inmate Accounts